Sheehan & Associates, P.C.

505 Northern Boulevard, Suite 311, Great Neck, NY 11021
tel. 516.303.0552
fax 516.234.7800
spencer@spencersheehan.com

September 5, 2019

Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   1:19-cv-02886-ERK-PK
<u>Engram v. Wyeth Consumer Healthcare LLC</u>

Dear Magistrate Judge Kuo:

    This office, along with co-counsel Michael Reese, of Reese LLP, represents the plaintiff. Plaintiff's motion for joinder, filed moments ago, requested the issuance of a summons as to GSK Consumer Healthcare Holdings (US) Inc. but failed to include a proposed summons.  ECF No. 8, Sept. 5, 2019.  Plaintiff regrets this omission and includes a proposed summons with this letter. Thank you for your courtesies.

Respectfully submitted,

/s/ Spencer Sheehan
Spencer Sheehan

Certificate of Service

I certify that on September 5, 2019, I served the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email |
|---|---|---|---|
| Defendant's Counsel | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ |

/s/ Spencer Sheehan
Spencer Sheehan