CIVIL CAUSE FOR Motion Hearing

BEFORE JUDGE: Eric R. Komitee, U.S.D.J.
DATE: 5/15/2020
TIME: 10:45 a.m.

DOCKET NUMBER: CV 19-2886
TITLE: Engram v. GSK Consumer Healthcare Holdings (US) Inc.

COURT DEPUTY: Alicia Guy
COURT REPORTER: Electronically Recorded

APPEARANCES:

    FOR PLAINTIFF: Michael Reese

    FOR DEFENDANT: Jessica Miller, Thomas Fox

✓ CASE CALLED.

✓ COUNSEL FOR ALL SIDES PRESENT

__ PARTIES ADVISE THE COURT THAT THE CASE HAS BEEN SETTLED.

__ CASE DISCONTINUED WITHOUT PREJUDICE AND WITHOUT COSTS.

✓ MOTION HEARING HELD __ MOTION GRANTED __ MOTION DENIED

__ MOTION GRANTED IN PART AND DENIED IN PART

✓ DECISION RESERVED _____ DECISION READ INTO THE RECORD.

__ ORDER TO BE SUBMITTED BY

__ MOTION HEARING ADJOURNED TO

__ FURTHER STATUS CONFERENCE SCHEDULED FOR

✓ OTHER: No later than May 22, 2020, Plaintiff will submit a letter of no more than 3 pages as discussed on the record no later. Defendant will respond in a letter of no more than 3 pages on or before May 29, 2020.